UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

CHRISTOS KOUKOUVITAKIS,

        Plaintiff,

v.

ANDREW SAUL,

        Defendant.

Case No. 1:19-cv-2875

Judge J. Philip Calabrese

## JUDGMENT

The Court filed its Opinion and Order in this matter.

Accordingly, the Court terminates this case pursuant to Rule 58 of the Federal Rules of Civil Procedure.

**SO ORDERED.** Dated: January 24, 2022

                                                J. Philip Calabrese
                                                United States District Judge
                                                Northern District of Ohio